UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DMITRY PITERMAN, <br> Plaintiff, <br> v. <br> GOLD COAST EXOTIC IMPORTS LLC, et al., <br> Defendants. | Case No. 5:20-cv-07724-EJD <br><br> **ORDER ADMINISTRATIVELY CLOSING CASE** |

In view of the Court's May 10, 2021 order staying this action pending arbitration, the Court administratively closes the case. The parties shall file a joint status report within fourteen days of the resolution of arbitration proceedings.

**IT IS SO ORDERED.**

Dated: September 2, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-07724-EJD
<< ORDER TYPE >>

1